105 So.2d 716

■

James **PHELPS, Jr.**

v.

**UNITED STATES STEEL CORP. et al.**

6 Div. 339.

Supreme Court of Alabama.

Oct. 9, 1958.

Cooper, Mitch, Black & Crawford, Birmingham, for petitioner.

Burr, McKamy, Moore & Thomas, Birmingham, opposed.

STAKELY, Justice.

Petition of James Phelps, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Phelps v. United States Steel Corp., 39 Ala.App. 541, 105 So.2d 714.

Writ denied.

All the Justices concur.

106 So.2d 175

■

**R. F. MARTIN et al., d/b/a Appliance Repair Service**

v.

**George O. STEAKLEY.**

7 Div. 424.

Supreme Court of Alabama.

Oct. 30, 1958.

David Johnston, Attalla, for petitioners.

Geo. A. Murphy, Gadsden, opposed.

LIVINGSTON, Chief Justice.

Petition of R. F. Martin and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Martin v. Steakley, 39 Ala. App. 578, 106 So.2d 173.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

106 So.2d 665

■

**WHITE ROOFING CO.**

v.

**Joe WHEELER.**

4 Div. 950.

Supreme Court of Alabama.

Nov. 20, 1958.

C. L. Rowe, Elba, for petitioner.

Alice L. Anderson, Enterprise, opposed.

LIVINGSTON, Chief Justice.

Petition of White Roofing Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in White Roofing Co. v. Wheeler, 39 Ala.App. 662, 106 So.2d 658.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.